IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MELVIN LESTER CONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-066 |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS; | ) | |
| THEODORE HENDERSON, | ) | |
| VAMC Augusta; NADINE COLLINS, | ) | |
| VAMC Augusta; JESSIE RECTOR, | ) | |
| VARO Atlanta; ROBERT MCDONALD, | ) | |
| VA Sec., Washington, D.C., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Let a copy of this Report and Recommendation be served upon counsel for the

parties. Any party who objects to this Report and Recommendation or anything in it must

file, not later than October 13, 2015, written objections specifically identifying the portions

of the proposed findings and recommendation to which objection is made and the specific

basis for objection.[1] The Clerk will submit this Report and Recommendation together with

any objections to United States District Judge Dudley H. Bowen, Jr., on October 14, 2015.

Failure to file specific objections within the specified time means that this Report and

Recommendation may become the opinion and order of the Court, <u>Devine v. Prison Health</u>

---

[1] A copy of the objections must be served upon all other parties to the action.

Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights. Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

Requests for extension of time to file objections to this Report and Recommendation shall be directed to Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 23rd day of September, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA