ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 21 PM 3:56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN LESTER CONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 315-066 |
| ) | |
| DEPARTMENT OF VETERANS AFFAIRS; ) | |
| THEODORE HENDERSON, ) | |
| VAMC Augusta; NADINE COLLINS, ) | |
| VAMC Augusta; JESSIE RECTOR, ) | |
| VARO Atlanta; ROBERT MCDONALD, ) | |
| VA Sec., Washington, D.C., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this action without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of October, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE