# United States District Court
## Southern District of Georgia

MELVIN LESTER CONEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-066

DEPARTMENT OF VETERANS AFFAIRS; THEODORE HENDERSON, VAMC Augusta; NADINE COLLINS, VAMC Augusta; JESSIE RECTOR, VARO Atlanta; ROBERT MCDONALD, VA Sec., Washington, D.C.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 21, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this action is DISMISSED without prejudice and this civil action stands CLOSED.



October 21, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk